Dealer Number: _____  Contract Number: _____  R.D.S. Number: _____  Stock Number: 573844

Buyer (and Co-Buyer) Name and Address (Including County and Zip Code)
FINE WINE GROUP, INC
TIMOTHY B FITZPATRICK
465 HEALDSBURG AVE
HEALDSBURG CA 95448

Creditor - Seller (Name and Address)
CHASE CHEVROLET CO., INC.
P.O. BOX 6349
STOCKTON CA 95204
(209) 475-6600

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2005 | CHEVROLET TAHOE | 76 | 1GNEK13135R204963 | personal, family or household |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit, including your down payment of $ N/A |
|---|---|---|---|---|
| 2.90 % | $ 2631.70 | $ 45477.90 | $ 48989.600 | $ 48989.600 |

STATEMENT OF INSURANCE

NOTICE OF RESCISSION RIGHTS

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

THERE IS NO COOLING OFF PERIOD

GUARANTY

ORIGINAL LIENHOLDER

**EXHIBIT A**

**1. FINANCE CHARGE AND PAYMENTS**

**2. YOUR OTHER PROMISES TO US**

**GAP LIABILITY NOTICE**

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**4. WARRANTIES SELLER DISCLAIMS**

**Used Car Buyers Guide.**

**Applicable Law**

**CREDIT DISABILITY INSURANCE NOTICE CLAIM PROCEDURE**

**Rescission Rights**

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**ARBITRATION CLAUSE**
PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

**EXHIBIT A**

Case: 10-10016   Doc# 8-2   Filed: 04/29/10   Entered: 04/29/10 10:11:13   Page 2 of 2