Payment History

| Date Paid | Principal Paid | Finance Charge Paid | Late Charge Paid | Other Paid | Total Paid |
|---|---|---|---|---|---|
| 12/17/09 | $786.67 | $28.49 | | | $815.16 |
| 12/14/09 | ($789.18) | ($25.98) | | | ($815.16) |
| 12/14/09 | $789.18 | $25.98 | | | $815.16 |
| 11/13/09 | $787.24 | $27.92 | | | $815.16 |
| 10/13/09 | $790.12 | $25.04 | | | $815.16 |
| 09/17/09 | $778.25 | $36.91 | | | $815.16 |
| 09/14/09 | ($781.33) | ($33.83) | | | ($815.16) |
| 09/14/09 | $781.33 | $33.83 | | | $815.16 |
| 08/12/09 | $786.88 | $28.28 | | | $815.16 |
| 07/17/09 | $740.63 | $74.53 | | | $815.16 |
| 05/13/09 | $790.98 | $24.18 | | | $815.16 |
| 04/23/09 | $794.80 | $20.36 | | | $815.16 |
| 04/07/09 | $767.16 | $48.00 | | | $815.16 |
| 03/02/09 | $759.41 | $55.75 | $243.51 | | $1,058.67 |
| 01/21/09 | $387.65 | $122.26 | | | $509.91 |
| 01/21/09 | ($387.65) | ($122.26) | | | ($509.91) |
| 01/21/09 | $387.65 | $122.26 | | | $509.91 |
| 01/21/09 | ($685.83) | ($122.26) | | | ($808.09) |
| 01/21/09 | $685.83 | $122.26 | | | $808.09 |
| 12/22/08 | ($735.60) | ($79.56) | | | ($815.16) |
| 12/22/08 | $735.60 | $79.56 | | | $815.16 |
| 10/27/08 | $752.99 | $62.17 | | | $815.16 |
| 09/15/08 | $775.08 | $40.08 | | | $815.16 |
| 08/20/08 | $762.29 | $52.87 | | | $815.16 |
| 07/18/08 | $768.60 | $46.56 | | | $815.16 |
| 06/20/08 | $747.99 | $67.17 | | | $815.16 |
| 05/12/08 | $765.24 | $49.92 | | | $815.16 |
| 04/14/08 | $754.35 | $60.81 | | | $815.16 |
| 03/12/08 | $771.37 | $43.79 | | | $815.16 |
| 02/18/08 | $736.67 | $78.49 | | | $815.16 |
| 01/09/08 | $762.48 | $52.68 | | | $815.16 |
| 12/14/07 | $733.79 | $81.37 | | | $815.16 |
| 11/05/07 | $761.49 | $53.67 | | | $815.16 |
| 10/11/07 | $746.77 | $68.39 | | | $815.16 |
| 09/10/07 | $729.12 | $86.04 | | | $815.16 |
| 08/03/07 | $766.33 | $48.83 | | | $815.16 |
| 07/13/07 | $755.53 | $59.63 | | | $815.16 |
| 06/18/07 | $722.34 | $92.82 | | | $815.16 |
| 05/11/07 | $752.60 | $62.56 | | | $815.16 |
| 04/16/07 | $746.00 | $69.16 | | | $815.16 |
| 03/20/07 | $739.17 | $75.99 | | | $815.16 |
| 02/19/07 | $721.44 | $93.72 | | | $815.16 |
| 01/15/07 | $738.54 | $76.62 | | | $815.16 |
| 12/18/06 | $736.90 | $78.26 | | | $815.16 |
| 11/20/06 | $706.82 | $108.34 | | | $815.16 |
| 10/13/06 | $742.41 | $72.75 | | | $815.16 |
| 09/18/06 | $776.53 | $38.63 | | | $815.16 |
| 09/05/06 | $759.36 | $75.80 | | | $835.16 |

| Date Paid | Principal Paid | Finance Charge Paid | Late Charge Paid | Other Paid | Total Paid |
|---|---|---|---|---|---|
| 08/11/06 | $891.28 | $86.88 | | | $978.16 |
| 07/14/06 | $714.05 | $101.11 | | | $815.16 |
| 06/12/06 | $834.18 | $103.23 | | | $937.41 |
| 05/11/06 | $703.58 | $111.58 | | | $815.16 |
| 04/07/06 | $721.67 | $93.49 | | | $815.16 |
| 03/10/06 | $713.29 | $101.87 | | | $815.16 |
| 02/08/06 | $639.38 | $175.78 | $40.75 | | $855.91 |
| 12/19/05 | $745.05 | $70.11 | $40.75 | | $855.91 |
| 11/29/05 | $662.15 | $153.01 | | | $815.16 |
| 10/17/05 | $688.70 | $126.46 | | | $815.16 |

**EXHIBIT C**