Evan Livingstone SBN 252008
PO Box 6107
Santa Rosa, CA 95406
Phone (707) 206-6570
Fax    (707) 676-9112
Email: evanlivingtone@sbcglobal.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                              Case No.    10-10016
                                    Chapter     12
    Fine Wine Group             Date:       June 21, 2010
                                    Time:       1:30 PM
    _____Debtor_____/   Location:   99 S E St., Santa Rosa, CA

**NOTICE OF CONFIRMATION HEARING ON CHAPTER 12 PLAN**

**TO ALL CREDITORS, CHAPTER 12 TRUSTEE, AND THE UNITED STATES TRUSTEE'S OFFICE:**

    **PLEASE TAKE NOTICE:** At the above date and time, Debtor will seek confirmation of the the enclosed Chapter 12 Plan.

    **Your claim may be reduced, modified, or eliminated under the plan. You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to confirm debtor's plan, you or your lawyer must appear at the above described hearing. **If you or your attorney do not appear, the court may confirm debtor's plan.**

Dated: May 26, 2010

                                                        /s/ Evan Livingstone
                                                        _____
                                                        Evan Livingstone
                                                        Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2010, a copy of the above <u>Notice of Confirmation Hearing on Chapter 12 Plan</u> along with a copy of Debtor's <u>Chapter 12 Plan</u> was served by first class mail to all interested parties, the Trustees and all creditors listed below.

David Burchard, 393 Vintage Park Drive, Suite 150, Foster City, CA 94404-1172

Allen Land Design
1478 Olivet Road
Santa Rosa, CA 95404         (10584286)

Cameron & Cameron, Inc.
PO Box 53
Fulton, CA 95439     (10584287)

Clinton Reilly
c/o Jeremiah F. Hallisey
Hallisey and Johnson
300 Montgomery Street, Suite 538
San Francisco, CA 94104     (10931250)

Clinton Reilly Holdings, LLC
c/o Jeremiah F. Hallisey
Hallisey and Johnson
300 Montgomery Street, Suite 538
San Francisco, CA 94104     (10931252)

Culligan Drinking Water
PO Box 1140
Livermore, CA 94551         (10584288)

Dr. Marcia Luisi
990 Sonoma Ave, Ste 3
Santa Rosa, CA 95404         (10584289)

DS Waters of America (Airgas)
PO Box 660579
Dallas, TX 75266-0578         (10584290)

Enterra Associates, Inc.
Sandi M. Colabianchi Gordon and Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111     (10834463)

Environmental Tech Services
975 Transport Way
Petaluma, CA 94954-1474     (10584291)

| | |
|---|---|
| 1 | |
| 2 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 (10695894) |
| 3 | |
| 4 | Gevalia Holmparken Square<br>PO Box 6276<br>Dover, DE 19905-6276     (10584292) |
| 5 | |
| 6 | GMAC<br>PO Box 130424<br>Roseville, MN 55113 (10624633) |
| 7 | |
| 8 | Healdsburg District Hospital<br>1375 University Ave<br>Healdsburg, CA 95448     (10584294) |
| 9 | |
| 10 | Healdsburg Transmission<br>40 Mill St<br>Guerneville, CA 95446     (10584295) |
| 11 | |
| 12 | Internal Revenue Service<br>Insolvency<br>PO BOX 21126<br>Stop: N781<br>Philadelphia, PA 19114     (10614229) |
| 13 | |
| 14 | |
| 15 | Internal Revenue Service Group 112<br>777 Sonoma Ave, Rm 112<br>Santa Rosa, CA 95404     (10584296) |
| 16 | |
| 17 | Leras Portable Water Trucks<br>PO Box 398<br>Fulton, CA 95439     (10584297) |
| 18 | |
| 19 | Lodi Memorial Hospital File 73102<br>PO Box 60000<br>San Francisco, CA 94160     (10584298) |
| 20 | |
| 21 | Redwood Regional Medical Group, Inc.<br>PO Box 1559<br>Santa Rosa, CA 95402-1559  (10584299) |
| 22 | |
| 23 | Rio Lindo Adventists Academy<br>3200 Rio Lindo Ave<br>Healdsburg, CA 95448     (10584300) |
| 24 | |

| | |
|---|---|
| 1 | Santa Rosa Cardiology Medical Group Inc.<br>500 Doyle Park Drive, Ste 205 |
| 2 | Santa Rosa, CA 95405          (10584301) |
| 3 | Sierra Pacific Turf & Supply<br>902 Enterprise Way |
| 4 | Napa, CA 94558-7559          (10584302) |
| 5 | United Site Services<br>3408 Hill Cap Ave |
| 6 | San Jose, CA 95136   (10584303) |
| 7 | Vineyard Industry Products<br>10603 Old Redwood Highway |
| 8 | Windsor, CA 95492-0987     (10584304) |
| 9 | Wilbur-Ellis<br>PO Box 45236 |
| 10 | San Francisco, CA 94145-0326        (10584305) |

*/s/ Evan Livingstone*

Dated: May 26, 2010    _____
                       Evan Livingstone