Evan Livingstone SBN 252008
PO Box 6107
Santa Rosa, CA 95406
Phone (707) 206-6570
Fax     (707) 676-9112
Email: evanlivingtone@sbcglobal.net

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 10-10016 |
|---|---|---|
|  | Chapter | 13 |
| Fine Wine Group | Date: | August 23, 2010 |
|  | Time: | 1:30 PM |
| _____Debtor_____ / | Location: | 99 S E St., Santa Rosa, CA |

**OBJECTION TO CLAIM OF IRS**
I

TO CREDITOR INTERNAL REVENUE SERVICE, CHAPTER 12 TRUSTEE, AND US TRUSTEE: The Debtor in this action ("Debtor") objects to the claim of Internal Revenue Service ("Creditor)", Court Claim #1 in the total amount of $215860.22, of which purported amount Creditor claims that $207228.45 is secured, $7779.14 is priority, and $852.63 is unsecured.  The basis for Debtor's objection is as follows:

Creditor has not attached proof of amount allegedly owed to Creditor.

WHEREFORE, Debtor prays that the court disallows Creditor's  claim be disallowed to the extent it is not supported by evidence.

Dated: June 21, 2010

*Evan Livingstone*
_____
Evan Livingstone, Attorney for Debtor