1  Evan Livingstone SBN 252008
   PO Box 6107
2  Santa Rosa, CA 95406
   Phone (707) 206-6570
3  Fax    (707) 676-9112
   Email: evanlivingtone@sbcglobal.net
4
   Attorneys for Debtor
5

6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  In re:                        Case No.    10-10016
                                  Chapter     13
11       Fine Wine Group          Date:       August 23, 2010
                                  Time:       1:30 PM
12       _____Debtor_____/    Location:   99 S E St., Santa Rosa, CA

13           **OBJECTION TO CLAIM OF ENTERRA ASSOCIATES, INC**
                                        I
14       TO CREDITOR ENTERRA ASSOCIATES, INC, CHAPTER 12 TRUSTEE, AND US

15  TRUSTEE: The Debtor in this action ("Debtor") objects to the claim of Enterra Associates, Inc

16  ("Creditor)", Court Claim #9 in the total amount of $1000000, of which purported amount

17  Creditor claims that 1000000 is unsecured.  The basis for Debtor's objection is as follows:

18       Debtor is a third party to a contract entered into between Creditor and another party.

19  Debtor is not liable for any alleged damages to Creditor.

20       WHEREFORE, Debtor prays that the court disallows Creditor's  claim be disallowed.

21                                       *Evan Livingstone*

22  Dated: June 21, 2010          _____
                                  Evan Livingstone, Attorney for Debtor
23

24

---